### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| **ROBERT CLAUSS,**<br><br>             **Plaintiff,**<br><br>**vs.**<br><br>**GULF COAST WESTERN, L.L.C.**<br><br>             **Defendant.** | **CASE No.**_____<br><br><br>**Case No.  SCSC608580**<br><br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. § 1446(a) and Fed.R.Civ.P. 81(c), defendant Gulf Coast Western, L.L.C. hereby gives notice of removal of this civil action from the Iowa District Court for Polk County (the "State Action") to the United States District Court for the Southern District of Iowa, Central Division, and in support thereof states as follows:

### I. INTRODUCTION

1.      On or about July 17, 2013, plaintiff Robert Clauss filed suit in the Iowa District Court for Polk County under Case No.SC608580. On or about December 20, 2017, the Iowa Secretary of State received the Original Notice and Petition for Money Judgment against a Nonresident Defendant or a Foreign Corporation Defendant and Appearance and Answer of Defendant(s) (form). See Exhibits A, B. Defendant Gulf Coast Western, LLC actually received Exhibits A and B on December 27, 2017.  See Exhibit F attached hereto.

2.      Copies of all process and pleadings served on Gulf Coast Western, LLC in this action are attached and consist of the following:

Exhibit A; Original Notice and Petition for Money Judgment against a Nonresident Defendant or a Foreign Corporation Defendant, including an affidavit marked as Exhibit A which contained an Attachment A;

Exhibit B: Appearance and Answer of Defendant(s) (Blank Form);

Exhibit C: Iowa Secretary of State certification of receipt;

Exhibit D: Verification of Account Identification of Judgment Debtor, and Certificate Re Military Service;

Exhibit E: Notice from the Polk County Clerk of the Iowa District Court regarding charge transactions sent to the Iowa Secretary of State;

Exhibit F: United States Postal Service Letter; and

Exhibit G: Polk county Clerk of Court Return Receipt (Electronic).

## II. NATURE OF THE SUIT

3.      Plaintiff's claim is based on alleged violations of the Telephone Consumer Protection Act, 47 USC §§ 227 (TCPA), 16 CFR §310.4(b)(iii)(A), 48 CFR §64.1200(c)(2) and seeks damages thereunder from Defendant along with court costs.

## III. BASIS FOR REMOVAL

4.      This Court has original federal question jurisdiction over this action in that it is a civil action founded on a claim or right arising under the laws of the United States. 28 U.S.C. § 1331, *Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740, 753 181 L. Ed. 2d 881, 899 (2012). Therefore, removal pursuant to 28 U.S.C. § 1441 *et seq.* is proper here.

5.      Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed suit was pending.

6.      The time within which Gulf Coast Western, LLC is required to file this Notice of Removal has not yet expired. *See* 28 U.S.C. § 1446(b);  See *McCrary v. Kansas City Southern R.R.*,  121 F.Supp.2d 566, 570 (E.D. Tex. 2000) (when service was effected on out-of-state defendant by serving process on state secretary of state, removal period began when defendant actually received process, not when statutory agent received process); *Renaissance Marketing,*

*Inc. v. Monitronics Intern., Inc.*, 606 F.Supp.2d 201, 206 (D. Puerto Rico 2009) (30-day statutory time limit for filing notice of removal began running when foreign company actually received the summons and complaint, rather than when the Secretary of State, as the company's statutory agent for service of process, was served); *Manuel v. Unum Life Ins. Co. of America*, 932 F.Supp. 784 (W.D. La. 1996) (thirty-day period in which insurer could remove action against it to federal court did not commence upon service of initial pleading upon Louisiana Secretary of State, but rather, upon insurer's actual receipt of copy of that pleading).

7.      Gulf Coast Western, LLC is the only named and served defendant in the suit.

8.      Filed concurrently herewith is the Certification Pursuant to Local Rule 81.1 whereby Gulf Coast Western, LLC is providing the Court with the information required by that Local Rule.

9.      Defendant Gulf Coast Western, LLC will promptly file a Notice of Notice of Removal with the Clerk of the state court in which the suit is pending pursuant to 28 U.S.C. §1446(d).

WHEREFORE, Defendant Gulf Coast Western, LLC prays that this Court accept this Notice and that this proceed in this Court as an action properly removed.

    /s/Stanley Thompson
Stanley J. Thompson, AT0007811
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
E-mail:  StanThompson@davisbrownlaw.com

ATTORNEYS FOR DEFENDANT

COPY TO:

David A. Morse
Law Offices of David A. Morse
1010 Insurance Exchange Building
Des Moines, IA 50309
Telephone: (515) 243-7600
Facsimile: (515) 243-0583
E-mail: dave@davemorselaw.com

ATTORNEY FOR ROBERT CLAUSS

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on January 25, 2018, by:

☐ US Mail                      ☐ FAX
☐ Hand Delivered          ☐ Email
☐ Federal Express         ☒ Other: CM/ECF

Signature:    /s/Stanley Thompson