

E-FILED  2017 DEC 08 6:39 PM POLK - CLERK OF DISTRICT COURT

eForm 3.4: *Original Notice and Petition for a Money Judgment against a Nonresident Defendant or a Foreign Corporation Defendant*

In the Iowa District Court for ___Polk___ County

| Plaintiff(s) | **Original Notice and Petition for a Money Judgment against a Nonresident Defendant or a Foreign Corporation Defendant** |
|---|---|
| Robert Clauss <br> (Name) <br> 9923 Clark Street <br> (Address) <br> Clive, Iowa 50325 <br> (Name) <br><br> (Address) <br> vs. <br> Defendant(s) <br> Gulf Coast Western <br> (Name) <br> c/o Matthew H. Fleeger (reg. agent) <br> (Address) <br> 14160 Dallas Parkway - Ste 500 <br> (Name) <br> Dallas, Tx 75254 <br> (Address) | SC 608580 |

To Defendant(s):

1. **You are notified** that Plaintiff(s) demand(s) from you the amount of $ 4500.00 plus court costs based on (state briefly the basis for the demand, not to exceed $5000):
Defendant and.or its agents made three unsolicited sales calls to Plaintiff at his home telephone number ending in 3665 while said number was registered on the Do Not Call List as set out in Exhibit A.

2. **Judgment may be entered against you unless** you file an Appearance and Answer as follows:
   - If you received service of this Original Notice **by mail** along with service upon the Secretary of State, you must file your Appearance and Answer within **60 days of the filing** of the Original Notice with the Secretary of State.
   - If you received service of this Original Notice in a manner **other than by mail**, you must file your Appearance and Answer within **60 days after the date you received** the Original Notice.

3. You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

4. If your Appearance and Answer is timely filed and you deny the claim, you will receive electronic notification through EDMS of the time and place for the hearing on this matter.

5. If you electronically file, EDMS will serve a copy of the Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s)

6. You must also notify the clerk's office of any address change.

| /s/ _____ | /s/ _____ |
|---|---|
| Filing Plaintiff or Attorney | Second Plaintiff, if applicable |
| Law Offices of David A. Morse | |
| Law firm, or entity for which filing is made, if applicable | Law firm, or entity for which filing is made, if applicable |



EXHIBIT A

E-FILED 2017 DEC 08 6:39 PM POLK - CLERK OF DISTRICT COURT

| | |
|---|---|
| 1010 Insurance Exchange Building | |
| Mailing address<br>Des Moines, Iowa 50309 | Mailing address |
| Telephone number<br>515-243-7600 | Telephone number |
| Email address<br>dave@davemorselaw.com | Email address |
| Additional email address, if applicable | Additional email address, if applicable |

eForm 3.4, page 2 of 3

## STATE OF IOWA JUDICIARY

Case No. SCSC608580
County Polk

Case Title ROBERT CLAUSS VS GULF COAST WESTERN

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log In and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued   12/11/2017 10:44:04 AM



District Clerk of Polk            County
/s/ Kristy Rasmussen

## Affidavit of Robert Clauss

*State of Iowa, County of Polk, ss:*

The undersigned, Robert Clauss, being first duly sworn on oath, depose and state as follows:

1. I am of legal age and am giving this affidavit of my own personal knowledge.

2. I am an individual and resident of Polk County. My home address is 9923 Clark Street, Clive, Iowa 50325 where I have resided with my wife for more than twenty (20) years.

3. At all times material and relevant herein, my home telephone number at the Clark Street address has been 515-225-3665.

4. From and after 31 August 2003, and at all times material and relevant herein, my home telephone number of 515-225-3665 has been registered with the Federal Do Not Call Registry as evidence by Attachment A to this affidavit.

5. On or about the dates and times set forth below, I received unsolicited telephone sales calls from the Defendant and/or its agents directed to me at my home phone number of 515-225-3665. In each instance the caller attempted to sell me products and/or services on behalf of the Defendant in violation of the Do Not Call Registry.

Calls were from 516-277-1234 and 212-380-2878

- 16 January 2014
- 20 January 2014
- 15 May 2014

6. Upon receiving said phone calls I would notify the caller they were calling my home and that the telephone number they had called was registered on the Do Not Call Registry. Additionally, I would notify the caller that my number should be deleted from the call list and that no further calls should be directed to me at home on the 515-225-3665 phone number.

7. Based upon the multiple calls received from the Defendant and/or its agents, I can only conclude that Defendant's violations of the Do Not Call Registry were willful and intentional as well as in disregard of the protections to be afforded me by registering my telephone number on the Do Not Call Registry

Exhibit A

8.     Further Affiant Sayeth Not.

_____
Robert Clauss

Subscribed and sworn to before me by Robert Clauss on this 8 day of December, 2017.

_____
Notary Public – State of Iowa

CLAIRE AURRA MEAGY STONE
Commission Number 807060
My Commission Expires
October 18, 2020

E-FILED 2017 DEC 08 6:39 PM POLK - CLERK OF DISTRICT COURT 

## National Do Not Call Registry

- REGISTRY HOME
- REGISTER A PHONE NUMBER
- VERIFY A REGISTRATION
- MORE INFORMATION
- EN ESPAÑOL
- FILE A COMPLAINT
- PRIVACY AND SECURITY

**REGISTRATION COMPLETE**

You have registered the following telephone number in the National Do Not Call Registry:

(515) 225-3665

Please print a copy of this page for your records.

NATIONAL DO NOT CALL REGISTRY

---

From: Verify@DonotCall.gov [mailto:Verify@DonotCall.gov]
Sent: Friday, December 01, 2017 10:21 AM
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject: National Do Not Call Registry - Your Registration is Confirmed

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 3665 on August 31, 2003. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

*Attachment A*