# IOWA
## SECRETARY OF STATE

Robert Clauss

plaintiff(s)

vs.

Gulf Coast Western,

defendant(s)

I, PAUL D. PATE, Secretary of State of the State of Iowa, do hereby certify that the attached Original Notice & Petition were received and filed in the office of the Secretary of State at 10:00 am, December 21, 2017.



EXHIBIT C





PAUL D. PATE   SECRETARY OF STATE

Printed on Recycled Paper

E-FILED  2017 DEC 21 6:24 AM POLK - CLERK OF DISTRICT COURT

E-FILED  2017 DEC 08 6:45 PM POLK - CLERK OF DISTRICT COURT

eForm 3.4: *Original Notice and Petition for a Money Judgment against a Nonresident Defendant or a Foreign Corporation Defendant*

In the Iowa District Court for __Polk__ County

| Plaintiff(s) | **Original Notice and Petition for a Money Judgment against a Nonresident Defendant or a Foreign Corporation Defendant** |
|---|---|
| Robert Clauss (Name) | |
| 9923 Clark Street (Address) | |
| Clive, Iowa 50325 | |
| (Name) | |
| (Address) | SC 608578 |
| vs. | |
| Defendant(s) | |
| Gulf Coast Western (Name) | |
| c/o Matthew H. Fleeger (reg. agent) (Address) | |
| 14160 Dallas Parkway - Ste 500 (Name) | |
| Dallas, Tx 75254 (Address) | |

To Defendant(s):

1. **You are notified** that Plaintiff(s) demand(s) from you the amount of $ 4500.00 plus court costs based on (state briefly the basis for the demand, not to exceed $5000):
Defendant and.or its agents made three unsolicited sales calls to Plaintiff at his home telephone number ending in 3665 while said number was registered on the Do Not Call List as set out in Exhibit A.

2. **Judgment may be entered against you unless** you file an Appearance and Answer as follows:
   - If you received service of this Original Notice **by mail** along with service upon the Secretary of State, you must file your Appearance and Answer within **60 days of the filing** of the Original Notice with the Secretary of State.
   - If you received service of this Original Notice in a manner **other than by mail**, you must file your Appearance and Answer within **60 days after the date you received** the Original Notice.

3. You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

4. If your Appearance and Answer is timely filed and you deny the claim, you will receive electronic notification through EDMS of the time and place for the hearing on this matter.

5. If you electronically file, EDMS will serve a copy of the Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s)

6. You must also notify the clerk's office of any address change.

/s/ _____  
Filing Plaintiff or Attorney  
Law Offices of David A. Morse  
Law firm, or entity for which filing is made, if applicable

/s/ _____  
Second Plaintiff, if applicable  

Law firm, or entity for which filing is made, if applicable

eForm 3.4, page 1 of 3



M054577

E-FILED 2017 DEC 21 6:24 AM POLK - CLERK OF DISTRICT COURT
E-FILED 2017 DEC 08 6:45 PM POLK - CLERK OF DISTRICT COURT

1010 Insurance Exchange Building
Mailing address
Des Moines, Iowa 50309
Telephone number
515-243-7600
Email address
dave@davemorselaw.com
Additional email address, If applicable

Mailing address

Telephone number

Email address

Additional email address, If applicable

eForm 3.4, page 2 of 3

# STATE OF IOWA JUDICIARY

Case No. **SCSC608578**
County **Polk**

Case Title **ROBERT CLAUSS VS GULF COAST WESTERN**

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued **12/11/2017 10:37:10 AM**



District Clerk of Polk         County
/s/ Kristy Rasmussen

E-FILED 2017 DEC 21 6:24 AM POLK - CLERK OF DISTRICT COURT



PAUL D. PATE
SECRETARY OF STATE

LUCAS BUILDING
DES MOINES, IOWA 50319

OFFICE OF THE IOWA SECRETARY OF STATE

December 21, 2017

POLK COUNTY CLERK
SMALL CLAIMS
500 SW 7TH ST., ROOM 100
DES MOINES, IA 50309

RE  Robert Clauss  vs  Gulf Coast Western,

Dear . COUNTY CLERK:

The Original Notice & Petition in the above captioned matter are enclosed. Attached is a certificate of service indicating the filing of the Original Notice & Petition in this office pursuant to the provisions of Section 617.3, Code of Iowa.

Sincerely,

Paul D. Pate
Secretary of State

MS/db

Phone 515-281-5204    Fax 515-242-5953    sos.iowa.gov    sos@sos.iowa.gov